UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEAN GUNN,

                CASE NO. C 09-05981 JSW

        Plaintiff(s),

v.

STARBUCKS CORPORATION,

                STIPULATION AND [PROPOSED]
                ORDER SELECTING ADR PROCESS

        Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)* Private Mediation.
The parties will further meet and confer on the choice of a mediator.

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 3/26/2010                                    /s/ Richard Meehan
                                                  Attorney for Plaintiff

Dated: 3/26/2010                                    /s/ Jonmi Koo
                                                  Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

    Deadline for ADR session
✓       90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated: March 29, 2010

_Jeffrey S. White_
UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

I, Jonmi N. Koo, attest that I obtained the concurrence of Richard J. Meechan, counsel for Plaintiff Sean Gunn, in filing this document. I declare under penalty of perjury of the laws of the United States that the foregoing is true and accurate.

Executed on March 26, 2010 in San Francisco, California.


                                                              /s/
                                          Jonmi N. Koo