Farschad Farzan (Bar No. 215194)
FFarzan@perkinscoie.com
Jonmi N. Koo (Bar No. 233136)
JKoo@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Jeffrey A. Hollingsworth (*pro hac vice* application to be filed)
JHollingsworth@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone:  206.359.8000
Facsimile:  206.359.4598

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN GUNN,<br><br>               Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>               Defendant. | Case No. C 09-05981 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO EXCHANGE INITIAL DISCLOSURES** |

1    Pursuant to Civil Local Rule 6-1(a), the parties stipulate as follows:

2    **WHEREAS**, pursuant to the Court's Order Setting Initial Case Management Conference

3    and ADR Deadlines, the deadline for the parties to exchange initial disclosures is April 5, 2010;

4    **WHEREAS**, the parties believe a short extension would allow them to thoroughly

5    prepare their respective disclosures;

6    The parties believe good cause exists for a continuance of the initial disclosures exchange

7    date to April 14, 2010;

8    **THEREFORE**, it is hereby stipulated and agreed by and between the parties, through

9    their counsel of record, that the deadline to exchange initial disclosures pursuant to Federal Rule

10   of Civil Procedure 26 will be extended to April 14, 2010.

11   .

12

13   DATED:  April 2, 2010          **PERKINS COIE LLP**

14

15                                 By: _____/s/ Jonmi N. Koo_____
                                        Jonmi N. Koo

16                                 Attorneys for Defendant
                                   STARBUCKS CORPORATION

17   DATED:  April 2, 2010          **LAW OFFICES OF RICHARD J. MEECHAN**

18

19                                 By: _____/s/ Richard J. Meechan_____
                                        Richard J. Meechan

20                                 Attorney for Plaintiff
                                   SEAN GUNN

21

22   WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

23

24   DATED:  April 5, 2010          _____

25                                  Honorable Jeffrey White
                                    United States District Court Judge

26

27

28   18177-0222/LEGAL18018774.1

- 2 -