IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN GUNN,

    Plaintiff,

  v.

STARBUCKS CORPORATION,

    Defendant.

                                                    /

No. C 09-05981 JSW

**ORDER TO SHOW CAUSE**

    On Friday, April 9, 2010, this Court held the initial case management conference in this matter. Counsel for Plaintiff did not appear. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE as to why this case should not be dismissed for failure to prosecute or why the Court should not impose monetary sanctions in the amount of $500.00. Plaintiff's response to this Order to Show Cause shall be due by April 19, 2010.

    **IT IS SO ORDERED.**

Dated: April 12, 2010

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE