IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN GUNN,

    Plaintiff,

v.

STARBUCKS CORPORATION,

    Defendant.

No. C 09-05981 JSW

**ORDER IMPOSING SANCTIONS**

The Court has received and considered Plaintiff's Response to the Order to Show Cause issued by this Court on April 12, 2010, and concludes it does not establish good cause for his failure to appear. Accordingly, it is HEREBY ORDERED that Plaintiff's counsel, Richard J. Meechan, Esq., is sanctioned in the amount of $250.00 for his failure to appear at the initial case management conference. Mr. Meechan shall pay these sanctions to the Clerk of the Court by no later than May 3, 2010.

**IT IS SO ORDERED.**

Dated: April 21, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE