Farschad Farzan (Bar No. 215194)
FFarzan@perkinscoie.com
Jonmi N. Koo (Bar No. 233136)
JKoo@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
STARBUCKS CORPORATION

Richard J. Meechan (Bar No. 130956)
rjm@sonic.net
Law Office of Richard J. Meechan
703 2nd Street, Suite 308
P.O. Box 369
Santa Rosa, CA 95402
Telephone:  707.528.4409
Facsimile:  707.528.3381

Attorney for Plaintiff
SEAN GUNN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN GUNN,<br><br>                    Plaintiff,<br><br>          v.<br><br>STARBUCKS CORPORATION,<br><br>                    Defendant. | Case No. C 09-05981 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO HOLD ALTERNATE DISPUTE RESOLUTION SESSION** |

| | |
|---|---|
| 1 | **WHEREAS**, on March 26, 2010, the parties stipulated to mediate this matter by June 28, |
| 2 | 2010, pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5; |
| 3 | **WHEREAS**, the parties have been engaging in discovery in this matter; |
| 4 | **WHEREAS**, the parties believe that more time is necessary to conduct further discovery |
| 5 | before participating in mediation; |
| 6 | **WHEREAS**, the parties believe that good cause exists for a short continuance of the |
| 7 | ADR deadline; |
| 8 | **THEREFORE**, it is hereby stipulated and agreed by and between the parties, through |
| 9 | their counsel of record, that the deadline to participate in mediation will be extended to |
| 10 | September 15, 2010. |
| 11 | . |

DATED: June 25, 2010            **PERKINS COIE LLP**

                                By: _____/s/ Jonmi N. Koo_____
                                    Jonmi N. Koo

                                Attorneys for Defendant
                                STARBUCKS CORPORATION

DATED: June 25, 2010            **LAW OFFICES OF RICHARD J. MEECHAN**

                                By: _____/s/ Richard J. Meechan_____
                                    Richard J. Meechan

                                Attorney for Plaintiff
                                SEAN GUNN

WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: June 28, 2010            _____[signature: Jeffrey S. White]_____
                                Honorable Jeffrey White
                                United States District Court Judge

STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE ADR
Case No. C 09-05981 JSW