1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN GUNN,

        Plaintiff,

  v.

STARBUCKS CORPORATION,

        Defendant.

_____/

No.  C 09-05981 JSW

**ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE**

      The Court has received and considered the parties' Stipulated Protective Order and denies it without prejudice for failure to comply with Northern District Civil Local Rule 79-5.

      **IT IS SO ORDERED.**

Dated:   July 20, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE