Richard J. Meechan (Bar No. 130956)
rjm@sonic.net
Law Office of Richard J. Meechan
703 2nd Street, Suite 308
P.O. Box 369
Santa Rosa, CA 95402
Telephone: 707.528.4409
Facsimile: 707.528.3381

Attorney for Plaintiff
SEAN GUNN

Farschad Farzan (Bar No. 215194)
FFarzan@perkinscoie.com
Jonmi N. Koo (Bar No. 233136)
JKoo@perkinscoie.com
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Sean Gunn,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Starbucks Corporation;<br><br>　　　　Defendants.<br>_____/ | Case No: C 09-05981 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND EXPERT AND REBUTTAL EXPERT DISCLOSURE DEADLINES** |

**WHEREAS**, the Court set November 29, 2010 as the deadline for expert disclosures under Federal Rule of Civil Procedure 26(a)(2) and December 10, 2010 as the deadline for rebuttal expert disclosures;

Page 1

**WHEREAS**, the Court set January 18, 2011 as the deadline for discovery cut off;

**WHEREAS**, the parties have been diligently engaging in discovery and are currently in the process of mediation/settlement discussions;

**WHEREAS,** the parties stipulated to extend the deadline for expert disclosures pursuant to Federal Rules of Civil Procedure to December 30, 2010;

**WHEREAS,** the parties stipulated to extend the deadline for discovery to February 28, 2011;

**WHEREAS,** Defendant Starbucks Corporation served Plaintiff its expert disclosures on December 20, 2010;

**WHEREAS, t**he parties believe that it would be beneficial to extend the rebuttal expert disclosure and discovery cutoff deadlines while they continue to engage in mediation/settlement discussions;

**WHEREAS,** the parties believe that good cause exists for a short extension of the discovery deadline and date on which rebuttal expert disclosures are to be made;

**THEREFORE**, it is hereby stipulated and agreed by and between the parties, through their counsel of record, that the discovery cutoff deadline will be extended to February 28, 2011, and that rebuttal expert disclosures pursuant to Federal Rule of Civil Procedure 26(a) will be made no later than January 10, 2011.

DATED: December 27, 2010

        **The Law Office of Richard J. Meechan**

        By:  /s/ Richard J. Meechan
        Richard J. Meechan

        Attorney for Plaintiff
        SEAN GUNN

DATED: December 27, 2010     **Perkins Coie, LLP**

        By:  /s/ Farschad Farzan
        Farschad Farzan

        Attorneys for Defendant
        Starbucks Corporation

WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: January 3, 2011

_____
Honorable Jeffrey White
United States District Court Judge

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Richard Meechan, attest that I obtained the concurrence of Farschad Farzan in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 23rd day of December, 2010, at Santa Rosa, California.

/s/ Richard J. Meechan
Richard J. Meechan