IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN GUNN,

    Plaintiff,

v.

STARBUCKS CORPORATION,

    Defendants.
                                         /

No. C 09-05981 JSW

**ORDER VACATING HEARING**

      This matter is scheduled for a hearing on February 25, 2011 on Defendant's Motion for Summary Judgment. The Court finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for February 25, 2011 is VACATED, and the Court shall issue a written ruling on the motion in due course.

      **IT IS SO ORDERED.**

Dated: February 22, 2011

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE