IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN GUNN,

    Plaintiff,

v.

STARBUCKS CORPORATION,

    Defendants.
                                             /

No. C 09-05981 JSW

**ORDER VACATING TRIAL DATES AND TERMINATING MOTION FOR SUMMARY JUDGMENT**

The Court has received the parties' Notice of Settlement. Pursuant to their request, all dates are HEREBY VACATED. The Motion for Summary Judgment filed by Defendants is terminated as moot. The parties shall file a status report by no later than April 15, 2011 if this matter has not yet been dismissed.

**IT IS SO ORDERED.**

Dated: March 18, 2011

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE