Richard J. Meechan (Bar No. 130956)
rjm@sonic.net
Law Office of Richard J. Meechan
703 2nd Street, Suite 308
P.O. Box 369
Santa Rosa, CA 95402
Telephone: 707.528.4409
Facsimile: 707.528.3381

Attorney for Plaintiff
SEAN GUNN

Farschad Farzan (Bar No. 215194)
FFarzan@perkinscoie.com
Jonmi N. Koo (Bar No. 233136)
JKoo@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Jeffrey A. Hollingsworth (*pro hac vice* application to be filed)
JHollingsworth@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.4598

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN GUNN,<br><br>    Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | Case No. C 09-05981 JSW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND {PROPOSED} ORDER |

NOTICE OF DISMISSAL WITH PREJUDICE-C 09-05981 JSW

It is hereby stipulated and agreed, by and between counsel for Plaintiff Sean Gunn and counsel for Defendant Starbucks Corporation, that pursuant to federal Rule of Civil Procedure 41(a)(1) the above captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its or his own costs and attorneys' fees.

IT IS SO STIPULATED

Dated: April 14, 2011    Perkins Coie, LLP

By: /s/ Jonmi N. Koo

Jonmi N. Koo

Attorneys for Defendant

Starbucks Corporation

Dated: April 14, 2011    The Law Office of Richard Meechan

By: _____

Richard J. Meechan

Attorney for Plaintiff

SEAN GUNN

IT IS SO ORDERED.

Dated: Aprl 15     2011    By: _____

The Honorable Jeffrey S. White

United States District Court Judge

NOTICE OF DISMISSAL WITH PREJUDICE-C 09-05981 JSW