IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN GUNN,

    Plaintiff,   No. C 09-05981 JSW

  v.   **ORDER**

STARBUCKS CORPORATION,

    Defendants.
_____/

On March 15, 2011, the parties filed a Notice of Settlement. On April 15, 2011, Plaintiff's counsel of record, Richard Meechan, filed a Stipulation of Dismissal with prejudice, signed by all counsel of record. On that same date, the Court approved and filed the Stipulated Dismissal. After the Court issued its Order, Defendant filed a Report Regarding Settlement Status. (Docket No. 68.) The Court has considered Defendant's statements therein. The Court HEREBY ORDERS that Plaintiff's counsel of record shall serve a copy of this Order on Plaintiff by no later than April 20, 2011.

This Court has approved and filed the stipulation, the matter has been closed, and this Court shall take no further action. If any party seeks to vacate the Order of Dismissal, they must file a properly noticed motion setting forth the legal and factual basis for such relief.

**IT IS SO ORDERED.**

Dated: April 18, 2011

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE